```
Form 27 - GENERAL PURPOSE
        MAYERSON & ASSOCIATES
        ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
-------------------------------------------------
                                                    Index No. 08 CV 01230
H.M.AND M.M.ON BEHALF OF J.M. AND      plaintiff
A.M.                                                Date Filed  ............
              - against -
                                                    Office No.
NEW YORK CITY DEPARTMENT OF            defendant
EDUCATION                                           Court Date:   / /
-------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **8th  day of February, 2008**    at  **01:05 pm.,**                 at
   **%MICHAEL A.CARDOZO, ESQ.CITY OF NY LAW DEPT.
   100 CHURCH ST,4TH FL.NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT
   JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION
the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SORAYA BONIT, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**         COLOR: **BLACK**        HAIR: **BLACK**
      APP. AGE: **50**        APP. HT: **5:9**        APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
8th  day of  February, 2008g


                                            ......................
KENNETH WISSNER                             JOEL GOLUB   701893
Notary Public, State of New York            AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01WI4714130                           225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                NEW YORK, NY, 10007
Commission Expires 03/30/2010               Reference No: 7MA7111034

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

H.M. and M.M., on behalf of J.M. and A.M.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

New York City Department of Education
Defendant

**08 CV 01230**

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_[signature]_

DATE   FEB 0 6 2008

(BY) DEPUTY CLERK