UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
H.M. and M.M., on behalf of J.M. and A.M.,    :

                          Plaintiffs,    :    08 Civ. 1230 (WHP)

                         -against-    :    <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF    :
EDUCATION,
                                  :
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiffs is directed to appear before this Court on February 26, 2008 at 2:15 p.m.

Dated:    February 20, 2008
             New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                               U.S.D.J.

*Copy mailed to*:

Gary S. Mayerson, Esq.
Mayerson and Associates
330 West 38 Street, Suite 600
New York, NY 10018
*Counsel for Plaintiff*