UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
H.M. and M.M., on behalf of J.M. and A.M.,          :

                                    Plaintiffs,          :          08 Civ. 1230 (WHP)

                    -against-                            :          ORDER

NEW YORK CITY DEPARTMENT OF              :
EDUCATION,
                                                        :
                                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

            The Clerk of the Court is directed to seal the complaint (Docket No. 1).  Plaintiff

is directed to file and serve and amended complaint by February 29, 2008.

Dated: February 26, 2008
       New York, New York

                                    SO ORDERED:


                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.


*Counsel of Record*:

Gary S. Mayerson, Esq.
Mayerson and Associates
330 West 38 Street, Suite 600
New York, NY 10018
*Counsel for Plaintiff*