Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S. DISTRICT SOUTHERN COURT    NEW YORK COUNTY
-------------------------------------------------

|  |  |
|---|---|
| H.M.AN M.M. ON BEHALF OF J.M. AND A.M.    plaintiff | Index No. **08 CV 01230** |
|  | Date Filed ............ |
| - against - |  |
|  | Office No. |
| NEW YORK CITY DEPARTMENT OF EDUCATION    defendant | Court Date:   /   / |

-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **29th**  day of February, 2008   at  **12:15 PM.**,   at
   %**MICHAEL A. CARDOZO,ESQ. THE CITY OF NY LAW DEPT.**
   **100 CHURCH ST. 4TH FL. NY, NY 10007**
I served a true copy of the
   **AMENDED**
   **COMPLAINT**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
   APP. AGE: **27**       APP. HT: **5:6**        APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
29th  day of  February, 2008n




KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7114910

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

H.M. and M.M., on behalf of J.M. and A.M.,

                        Plaintiffs

    - against -

New York City Department of Education,

                        Defendant.

**AMENDED COMPLAINT**

08 CV 01230 (WHP) (MHD)

-----------------------------------------------------------------

    Plaintiffs, H.M. and M.M., on behalf of J.M. and A.M., by their attorneys, Mayerson & Associates, as and for their Complaint against defendant, the New York City Department of Education ("NYCDOE"), allege and states the following:

    1. Plaintiffs J.M. and A.M., children of plaintiffs H.M. and M.M., are minor children who have been diagnosed with an autism spectrum disorder. J.M. and A.M. were at all relevant times a student residing within the New York City School District entitled to all rights, entitlements, and procedural safeguards mandated by applicable law and statutes including, but not limited to the Individuals with Disabilities Education Improvement Act ("IDEIA"), 20 U.S.C. § 1400, *et. seq.*, the pertinent implementing regulations promulgated under the Code of Federal Regulations, Article 89 of the New York State Education Law and Part 200 of the Commissioner's Regulations.

    2. Plaintiffs H.M. and M.M. are the parents of J.M. and A.M. Plaintiffs are residents of the State of New York, residing at all relevant times at an address within the New York City school district.