AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08 CV 1230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs H.M. and M.M., on behalf of J.M. and A.M.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/2/2008 | *(signature)* |
| Date | Signature |
| | Gary S. Mayerson — GSM 8413 |
| | Print Name — Bar Number |
| | 330 West 38th Street, Suite 600 |
| | Address |
| | New York — New York — 10018 |
| | City — State — Zip Code |
| | (212) 265-7200 — (212) 265-1735 |
| | Phone Number — Fax Number |