UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

IN RE ATTORNEYS FEES CONSOLIDATED CASES

This Document Relates to:

ALL ACTIONS

**MASTER FILE**

07 Civ 8640 (DLC)

**PROPOSAL FOR SUBMISSION DATE ON DEFENDANT'S MOTION**

-------------------------------------------------------------------------------x

WHEREAS by Order dated April 10, 2008 this Court ordered that defendant's motion on the common issues in the above captioned related cases be fully submitted by June 27, 2008, and

WHEREAS the motion was not submitted on that date, and thereafter this Court excused the defendant's failure to submit the motion and agreed to permit the parties to propose a further appropriate date for submission, and

WHEREAS the parties have entered into a process for settling all of the related cases with the aid of Magistrate Judge Frank Maas over the course of the next two months, and

WHEREAS Magistrate Judge Maas has ordered that a further telephonic settlement conference be held on September 3, 2008,

NOW, therefore, on mutual consent of the parties, it is proposed that defendant's be submitted on or before September 8, 2208, plaintiff's opposition shall be submitted on or before September 22, 2008, and defendant's reply papers, if any, be submitted on or before September 25, 2008.

- 2 -

Dated: New York, New York
      June 23, 2008

                        Yours, etc.
                        MICHAEL A. CARDOZO
                        Corporation Counsel of the City
                              of New York,
                        100 Church Street,
                        Room 2-106
                        New York, NY 10007
                        By:

                        _____//s//_____
                        Jesse I. Levine (8829)
                        (212) 442-3327

To: Gary S. Mayerson, Esq.